Mynette McCain
32 C.R. 522
Como, MS 38619

Case # 3:19-CV-00253

Judge Jane M. Virden
United States District Court

Dear Judge Jane Virden

In response to the report and recommendation. The named defenders in this case has violated the 5th amendment of the Constitution.

The discovery of these violations was at the time the Douglas and Detrone Ragsdale Criminal case was dismissed. Oct. 4th 2019

Sincerely
Mynette McCain
*Mynette McCain*